US MAGISTRATE JUDGE CHERYL L. POLLAK        DATE: 12/12/12

TIME SPENT: _____

DOCKET NO. 12 CV 2493

CASE: Manansala v Mt Sinai

____ INITIAL CONFERENCE         ____ OTHER/STATUS CONFERENCE
____ DISCOVERY CONFERENCE       ____ FINAL/PRETRIAL CONFERENCE
✓   SETTLEMENT CONFERENCE       ____ TELEPHONE CONFERENCE
____ MOTION HEARING             ____ ORAL ARGUMENT

**MANDATORY DISCLOSURE :**

____ COMPLETED         ____ DATE TO BE COMPLETED BY

**FOR PLAINTIFF:** _____

**FOR DEFENDANT:** _____

____ DISCOVERY TO BE COMPLETED BY _____

____ NEXT CONFERENCE SCHEDULED FOR _____

____ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

**RULINGS:**

Case settled.